UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Thomas W Goedert<br>Carol L Goedert<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-06374<br><br>Chapter: 13<br>Honorable Pamela S. Hollis |

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS**

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307 (c).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 10, 2018

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)