Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 18−06374
Chapter: 13
Judge: Pamela S. Hollis

In Re:
  Thomas W Goedert                                  Carol L Goedert
  2232 Skylane Drive                               2232 Skylane Drive
  Naperville, IL 60564                            Naperville, IL 60564

Social Security / Individual Taxpayer ID No.:
  xxx−xx−4808                                        xxx−xx−7916

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 10, 2018

                                                        FOR THE COURT

Dated: August 13, 2018                             <u>Jeffrey P. Allsteadt , Clerk</u>
                                                       United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-06374-PSH
Thomas W Goedert                                                    Chapter 13
Carol L Goedert
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2          Date Rcvd: Aug 13, 2018
                              Form ID: ntcdsm            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db/jdb         +Thomas W Goedert,    Carol L Goedert,    2232 Skylane Drive,    Naperville, IL 60564-8465
26867326       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
26515480       +Atg Credit Llc,    1700 W Cortland St,    Ste 2,   Chicago, IL 60622-1131
26745078       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
26596971       +Benjamin J. Rooney,    Keay & Costello, P.C.,    128 S. County Farm Road,
                 Wheaton, IL 60187-2400
26522471       +Bridgecrest Credit Company,LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
26515484       +Codilis & Associates, PC,    15W030 N Frontage Rd.,    Willowbrook, IL 60527-6921
26916397       +Crane, Simon, Clar & Dan,    135 S. LaSalle Street, Suite 3705,    Chicago, IL 60603-4101
26515490       +Hinsdale Orthopaedics,    PO Box 5461,    Carol Stream, IL 60197-5461
26924119        Illinois Department of Revenue Bankruptcy Section,    PO Box 19035,    Springfield, IL 62794-9035
26515491       +Keay & Costello PC,    128 S. County Farm Rd.,    Wheaton, IL 60187-2400
26515494       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
26515495       +Merchants Credit,    223 W Jackson Blvd,    Ste 700,   Chicago, IL 60606-6914
26515497       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
26639829       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Department,    POB 619096,
                 Dallas, TX 75261-9096
26645386       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
26515498       +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                 Oak Brook, IL 60523-8852
26515512       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
26515515       +RMP,    2250 E Devon Ave. Ste 245,    Des Plaines, IL 60018-4518
26515513       +Raul Patino,    5554 S Sarye Ave,    Chicago, IL 60638-2214
26515514       +Red Fern Landscapping,    71 E Timberlake Trl,    Oswego, IL 60543-9477
26515517       +Stillwater Homeowners Assoc,    Po Box 803555,    Dallas, TX 75380-3555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26515478       +EDI: GMACFS.COM Aug 14 2018 04:43:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
26537614        EDI: GMACFS.COM Aug 14 2018 04:43:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
26515479       +EDI: PHINAMERI.COM Aug 14 2018 04:43:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
26515481       +EDI: BANKAMER.COM Aug 14 2018 04:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
26602091        EDI: BL-BECKET.COM Aug 14 2018 04:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
26515483       +E-mail/Text: bankruptcy@cavps.com Aug 14 2018 01:17:18      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
26621310       +E-mail/Text: bankruptcy@cavps.com Aug 14 2018 01:17:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
26515489       +EDI: DVTM.COM Aug 14 2018 04:43:00      DT Credit Company, LLC,    Attn: Bankruptcy,
                 Po Box 29018,    Phoenix, AZ 85038-9018
26515485       +E-mail/Text: electronicbkydocs@nelnet.net Aug 14 2018 01:16:45       Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
26843292       +E-mail/Text: rev.bankruptcy@illinois.gov Aug 14 2018 01:16:39       Illinois Dept. of Revenue,
                 Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0291
26843293        EDI: IRS.COM Aug 14 2018 04:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
26515492       +EDI: CBSKOHLS.COM Aug 14 2018 04:43:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
26515516       +EDI: DRIV.COM Aug 14 2018 04:43:00      Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
26515754       +EDI: DRIV.COM Aug 14 2018 04:43:00      Santander Consumer USA, Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
26559049       +E-mail/Text: electronicbkydocs@nelnet.net Aug 14 2018 01:16:45
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26515482*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
26515486*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
26515487*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
26515488*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
26515493*      +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
26515496*      +Merchants Credit,    223 W Jackson Blvd,    Ste 700,   Chicago, IL 60606-6914
26515499*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                 Oak Brook, IL 60523-8852
26515500*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                 Oak Brook, IL 60523-8852
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Aug 13, 2018
                              Form ID: ntcdsm            Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****
26515501*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515502*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515503*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515504*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515505*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515506*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515507*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515508*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515509*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515510*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
26515511*      +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                Oak Brook, IL 60523-8852
                                                                                      TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Ben L Schneider    on behalf of Debtor 2 Carol L Goedert ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              Ben L Schneider    on behalf of Debtor 1 Thomas W Goedert ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              Benjamin  Rooney    on behalf of Creditor    Stillwater Homeowners Association ben@keaycostello.com,
               kim@keaycostello.com
              David H Cutler    on behalf of Debtor 2 Carol L Goedert cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              David H Cutler    on behalf of Debtor 1 Thomas W Goedert cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Glenn B Stearns    stearns_g@lisle13.com
              Joel P Fonferko    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ND-One@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 9
```